FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:08 pm, Jul 17, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 2:20-cr-24 |
| NADIA GIBSON, | |
| Defendant. | |

## O R D E R

On July 16, 2020, counsel for Defendant filed a Notice to Counsel Response. Doc. 49. In that Notice, counsel for Defendant advised the Court that all pretrial motions filed in this case as to Defendant Nadia Gibson have been resolved. Accordingly, the Court **DENIES AS MOOT** all motions, docs. 34–38, as to Nadia Gibson. The motions hearing scheduled for July 27, 2020 at 1:30 p.m. in the Brunswick Federal Courthouse is cancelled as to Defendant Nadia Gibson.

**SO ORDERED**, this 17th day of July, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA